Scott Malm, Esq. #84198
MALM FAGUNDES LLP
2351 West March Lane, Suite A
Stockton, CA   95207
Telephone: (209) 870-7900
Fax: (209) 870-7922
Attorneys for Defendant
SON HOANG NGUYEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

vs.

RAYMOND INVESTMENT CORPORATION, a California Corporation; SON HOANG NGUYEN and DOES 1-10,

Defendants.

Case No. 2:17-CV-02102-KJM-CKD

**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

WHEREAS, Plaintiff, SCOTT JOHNSON, and Defendant, SAU T. NGUYEN, sued herein as SON HOANG NGUYEN, by and through their attorneys of record, having stipulated to set aside the Clerk's Entry of Default against Defendant SAU T. NGUYEN, sued herein as SON HOANG NGUYEN, and, the Court having reviewed and considered the stipulation, and finding that good cause, exists, therefore,

   IT IS SO ORDERED.

   IT IS FURTHER ORDERED that Defendant SAU T. NGUYEN, sued herein as SON HOANG NGUYEN, shall have ten days after the date of this order to file his answer to the complaint.

Dated:   January 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

1

ORDER ON STIPULATION